UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHEVRON U.S.A. INC.,<br><br>Defendant. | No. 10-cv-05881 RJB<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER<br><br>NOTE ON MOTION CALENDAR:<br>Monday, June 13, 2011 |

The Court having considered the parties' Stipulated Motion to Modify the Scheduling Order and based upon the stipulation of the parties and good cause appearing,

IT IS HEREBY ORDERED that the Stipulated Motion to Modify the Scheduling Order is GRANTED.

IT IS FURTHER ORDERED that the deadlines as set forth in the Minute Order Setting Trial, Pretrial Dates, and Ordering Mediation (Dkt. 14) issued on March 8, 2011 are modified as follows:

[PROPOSED] ORDER
(No. 10-cv-05881 RJB) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

57471-0015/LEGAL21062089.1

|  | **Current Date** | **Proposed Date** |
|---|---|---|
| FOUR DAYS JURY TRIAL set for | January 9, 2012 | September **10,** 2012 |
| **Pretrial Conference set for** | December 30, 2011 | **August 31, 2012** |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 13, 2011 | March 13, 2012 |
| All motions related to discovery must be FILED by | August 22, 2011 | April 20, 2012 |
| Discovery COMPLETED by | September 12, 2011 | May 11, 2012 |
| All dispositive motions must be FILED by | October 11, 2011 | June 11, 2012 |
| Settlement conference per CR 39.1(c)(2) HELD no later than | November 10, 2011 | July 10, 2012 |
| Mediation per CR 39.1(c)(3) HELD no later than | December 12, 2011 | August 10, 2012 |
| Letter of compliance as to CR 39.1 FILED by | December 19, 2011 | August 17, 2012 |
| Motions in limine should be FILED by | December 12, 2011 | August 10, 2012 |
| Agreed pretrial order LODGED with the court by | December 23, 2011 | August 23, 2012 |
| Trial briefs, proposed voir dire &jury instructions due | December 30, 2011 | August 29, 2012 |

DATED this 14th day of June, 2011.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Katherine G. Galipeau*
Mark W. Schneider, WSBA No. 14105
Katherine G. Galipeau, WSBA No. 40812
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
MWSchneider@perkinscoie.com
KGalipeau@perkinscoie.com
*Attorneys for Defendant Chevron U.S.A. Inc.*

*s/ Nicholas A. Nardi*
David E. Prange, WSBA No. 32651
Nicholas A. Nardi, WSBA No. 36439
PRANGE LAW GROUP, LLC
111 SW Fifth Avenue, Suite 2120
Portland, OR 97204
dprange@prangelawgroup.com
nnardi@prangelawgroup.com

[PROPOSED] ORDER
(No. 10-cv-05881 RJB) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

57471-0015/LEGAL21062089.1

*Attorneys for Plaintiffs Great American Insurance Company, et al.*

[PROPOSED] ORDER
(No. 10-cv-05881 RJB) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

57471-0015/LEGAL21062089.1

# CERTIFICATE OF SERVICE

I certify that on June 13, 2011, I electronically filed the foregoing [PROPOSED] ORDER GRANTING THE STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following attorneys of record.

David E Prange
Nicholas A. Nardi
PRANGE LAW GROUP, LLC
111 SW Fifth Avenue, Suite 2120
Portland, OR 97204
dprange@prangelawgroup.com
nnardi@prangelawgroup.com

*Attorneys for Plaintiffs*
*Great American Insurance Company, et al.*

I certify under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of June, 2011.

*s/ Katherine G. Galipeau*
Katherine G. Galipeau, WSBA No. 40812
PERKINS COIE LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
KGalipeau@perkinscoie.com

*Attorneys for Defendant*
*Chevron U.S.A. Inc.*

[PROPOSED] ORDER
(No. 10-cv-05881 RJB) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

57471-0015/LEGAL21062089.1